JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David S. Johnson, | Case No.: 5:19-cv-02048-MWF-KK |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE** |
| v. | |
| Capital One Bank USA, N.A. and Experian Information Solutions, Inc., | |
| Defendants. | HON. MICHAEL W. FITZGERALD |

Based upon the Joint Stipulation for Dismissal, and good cause, this Court hereby orders Defendant Experian Information Solutions, Inc., only, to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 19, 2020

_____
**MICHAEL W. FITZGERALD**
UNITED STATES DISTRICT JUDGE